TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE MAYA (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:   310.474.8585

ANDREW W. FERICH *(pro hac vice* to be filed)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone:  310.474.9111
Facsimile:   310.474.8585

*Attorneys for Plaintiff and the Proposed Classes*

[Additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GRACE BEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FLAGSTAR BANCORP, INC., FLAGSTAR BANK, FSB, and ACCELLION, INC.,<br><br>Defendants. | Case No. 21-cv-02239-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:  4—5th Floor |

**PLEASE TAKE NOTICE** that a class-wide settlement in principle has been reached between Plaintiff Grace Beyer ("Plaintiff") and Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB ("Flagstar"), that would resolve Plaintiff's claims against Flagstar only. Plaintiff intends to submit a motion seeking preliminary approval of the class action settlement and all supporting documents within thirty (30) days.

Dated:  August 2, 2021

Respectfully submitted,

*/s/ Tina Wolfson*
TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (SBN 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:   310.474.8585

ANDREW W. FERICH *(pro hac vice* to be filed)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone:  310.474.9111
Facsimile:   310.474.8585

*Attorneys for Plaintiff Grace Beyer*
*and the Proposed Classes*

Dated:  August 2, 2021

*/s/ William E. Ridgway*
WILLIAM E. RIDGWAY
*william.ridgway@skadden.com*
LINDSEY J. SIELING
*lindsey.sieling@skadden.com*
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Telephone:  312.407.0700
Facsimile:   312.407.0411

|   |   |
|---|---|
| 1 | LANCE A. ETCHEVERRY |
|   | lance.etcheverry@skadden.com |
| 2 | NIELS J. MELIUS |
|   | niels.melius@skadden.com |
| 3 | **SKADDEN ARPS SLATE MEAGHER & FLOM LLP** |
|   | 525 University Avenue |
| 4 | Palo Alto, CA 94301 |
|   | Telephone:  650.470.4500 |
| 5 | Facsimile:   650.470.4570 |

*Attorneys for Defendant Flagstar Bancorp, Inc.*

### FILER ATTESTATION

I, Tina Wolfson, am the ECF user whose identification and password are being used to file this Notice of Settlement.  I hereby attest that William E. Ridgway has concurred in this filing.

Dated: August 2, 2021            */s/ Tina Wolfson*
                                                  TINA WOLFSON