TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (admitted *pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE BEYER, CHRISTOPHER HAUSER, CHARLES TYER, and STEFANIE BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FLAGSTAR BANCORP, INC., FLAGSTAR BANK, FSB, and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02239-EJD<br><br>Hon. Edward J. Davila<br><br>**NOTICE OF FILING OF AMENDED EXHIBITS TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE AND [PROPOSED] ORDER** |

**NOTICE OF FILING OF AMENDED EXHIBITS**

Plaintiffs respectfully submit the following documents for the Court's consideration in connection with their motion for preliminary approval of the Settlement in this matter:

1. Amended Claim Form, Exhibit A to the Class Action Settlement Agreement, attached hereto at Exhibit 1;

2. Amended Long Form Notice, Exhibit C to the Class Action Settlement Agreement, attached hereto at Exhibit 2;

3. Amended [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Exhibit E to the Class Action Settlement Agreement, attached hereto at Exhibit 3;

4. Amended Summary Notices (postcard and e-mail), Exhibit F to the Class Action Settlement Agreement, attached hereto at Exhibit 4;

5. Redline version of Amended Claim Form, Exhibit A to the Class Action Settlement Agreement, attached hereto at Exhibit 5;

6. Redline version of Amended Long Form Notice, Exhibit C to the Class Action Settlement Agreement, attached hereto at Exhibit 6;

7. Redline version of Amended [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Exhibit E to the Class Action Settlement Agreement, attached hereto at Exhibit 7; and

8. Redline version of Amended Summary Notices (postcard and e-mail), Exhibit F to the Class Action Settlement Agreement, attached hereto at Exhibit 8.

Dated: December 8, 2021              Respectfully submitted,

*/s/ Tina Wolfson*
TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (admitted *pro hac vice*)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiffs and the Proposed Class*

2

NOTICE OF FILING OF AMENDED EXHIBITS AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: December 8, 2021          */s/ Tina Wolfson*
                                  Tina Wolfson