# EXHIBIT 4

**Court Approved Legal Notice**
Case No. 5:21-cv-02239-EJD (N.D. Cal.)

**You Can Get a Cash Payment or Credit Monitoring and Insurance Services to Protect Your Information That May Have Been Exposed in the FLAGSTAR FTA DATA BREACH.**

*A federal court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

**Complete and Return the Claim Form by Month XX, 2022.**

www.FlagstarFTADataBreachSettlement.com

1-888-888-8888

*Para una notificación en Español, llamar 1-888-888-8888 o visitar nuestro sitio web www.FlagstarFTADataBreachSettlement.com.*

---

*Beyer v. Flagstar Bancorp, Inc., et al.*
P.O. Box _____
_____, __ _____

Forwarding Service Requested

Postal Service: Please do not mark barcode
Claim No.:

[CLAIMANT INFO]

---

A proposed Settlement has been reached with Flagstar Bancorp, Inc. and Flagstar Bank, FSB (collectively, "Flagstar" or "Defendants"), relating to a data breach that Flagstar announced on March 6, 2021, whereby on or around January 20-22, 2021, an unauthorized user gained access to certain Flagstar customer and employee information, including names, email addresses, phone numbers, home addresses, dates of birth, Social Security numbers, passport information, and account information (the "FTA Data Breach"). This was the result of a data breach involving Flagstar's file transfer vendor, Accellion. Plaintiffs claim that Flagstar did not adequately protect their personal information. Flagstar denies any wrongdoing. No judgment or determination of wrongdoing has been made.

**Who is Included?** Records indicate you are included in this Settlement as one of Flagstar's customers or employees who was notified that their personal information was compromised as a result of the FTA Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $5.9 million Settlement Fund to be used to pay for costs of notice and administration; attorneys' fees and expenses; Service Payments to the Class Representatives; and to provide Credit Monitoring and Insurance Services, or Documented Loss Payments for reimbursement of Documented Losses, or Cash Fund Payments to valid claimants, who may elect to receive only one of the these benefits. Also, Flagstar has agreed to undertake certain remedial measures and enhanced data security measures. Payments to valid claimants will be made from the Fund in the following order:

<u>Credit Monitoring and Insurance Services</u> - three years of Credit Monitoring and Insurance Services for protection from future harm.

<u>Documented Loss Payment</u> - reimbursement for certain Documented Losses, i.e., money spent or lost, as a result of the Data Breach (up to $10,000), not otherwise reimbursable by insurance.

<u>Cash Fund Payment</u> – a claim for a cash payment, in an amount to be determined consistent with the Settlement. All payments may be increased or reduced pro rata depending on the number of Class Members that participate in the Settlement. An estimated range for the Cash Fund Payment is $199-$632 for California Class Members who submit valid Claims, and is $99-$316 for all other Class Members who submit valid claims, but this is just an estimate, not a guarantee.

Claimants may elect to receive only one of these benefits (Credit Monitoring and Insurance Services, or a Documented Loss Payment, or a Cash Fund Payment).

**How To Get Benefits:** You must complete and submit a Claim Form by **Month XX, 2022**, including required documentation. You can file your claim online at **www.FlagstarFTADataBreachSettlement.com**. You may also get a paper Claim Form at the website, or by calling the toll-free number, and submit by mail.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month XX, 2022**. If you do not exclude yourself, you will release any claims you may have against Flagstar or related parties about the Data Breach, as more fully described in the Settlement Agreement, available at the settlement website. If you do not exclude yourself, you may object to the Settlement by **Month XX, 2022**.

**The Final Fairness Hearing.** The Court has scheduled a hearing in this case (*Beyer, et al. v. Flagstar Bancorp, Inc., et al.*, U.S.D.C. Case No. 5:21-cv-02239) for **Month XX, 2022**, to consider: whether to approve the Settlement, Service Payments, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the hearing, but you are not required to do so.

**More Information.** Complete information about your rights and options, as well as Claim Forms, the Long Form Notice, and

<u>Email Notice</u>

**<u>Court Approved Legal Notice</u>**

***Beyer, et al. v. Flagstar Bancorp, Inc., et al.,***
<u>**Case No. 5:21-cv-02239 (U.S. District Court for the Northern District of California)**</u>

# You Can Get a Cash Payment or Credit Monitoring and Insurance Services to Protect Your Information That May Have Been Exposed in the FLAGSTAR FTA DATA BREACH.

*A federal court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

*Para una notificación en Español, llamar 1-888-888-8888 o visitar nuestro sitio web www.FlagstarFTADataBreachSettlement.com.*

## Click <u>here</u> to file a claim by Month XX, 2022.

A proposed Settlement has been reached with Flagstar Bancorp, Inc. and Flagstar Bank, FSB (collectively, "Flagstar" or "Defendants"), relating to a data breach that Flagstar announced on March 6, 2021, whereby on or around January 20-22, 2021, an unauthorized user gained access to certain Flagstar customer and employee information, including names, email addresses, phone numbers, home addresses, dates of birth, Social Security numbers, passport information, and account information (the "FTA Data Breach"). This was the result of a data breach involving Flagstar's file transfer vendor, Accellion. Plaintiffs claim that Flagstar did not adequately protect their personal information. Flagstar denies any wrongdoing. No judgment or determination of wrongdoing has been made.

**Who is Included?** You received this email because records indicate you are included in this Settlement as one of Flagstar's customers or employees who was notified that their personal information was compromised as a result of the FTA Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $5.9 million Settlement Fund to be used to pay for costs of notice and administration; attorneys' fees and expenses; Service Payments to the Class Representatives; and to provide Credit Monitoring and Insurance Services, or Documented Loss Payments for reimbursement of Documented Losses, or Cash Fund Payments to valid claimants, who may elect to receive only one of these benefits. Also, Flagstar has agreed to undertake certain remedial measures and enhanced data security measures. Payments to valid claimants will be made from the Fund in the following order:

**<u>Credit Monitoring and Insurance Services</u>** - three years of Credit Monitoring and Insurance Services for protection from future harm.

**<u>Documented Loss Payment</u>** - reimbursement for certain Documented Losses, i.e., money spent or lost, as a result of the Data Breach (up to $10,000), not otherwise reimbursable by insurance.

**<u>Cash Fund Payment</u>** – a claim for a cash payment, in an amount to be determined consistent with the Settlement. All payments may be increased or reduced pro rata depending on the number of Class Members that participate in the Settlement. An estimated range for the Cash Fund Payment is $199-$632 for California Class Members who submit valid Claims, and is $99-

$316 for all other Class Members who submit valid claims, but this is just an estimate, not a guarantee.

Claimants may elect to receive only one of these benefits (Credit Monitoring and Insurance Services, or a Documented Loss Payment, or a Cash Fund Payment).

**How To Get Benefits:** You must complete and submit a Claim Form by **Month XX, 2022**, including required documentation. Click here to file your claim online. You may also get a paper Claim Form at **www.FlagstarFTADataBreachSettlement.com**, or by calling the toll-free number, and submit by mail.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month XX, 2022**. If you do not exclude yourself, you will release any claims you may have against Flagstar or related parties about the Data Breach, as more fully described in the Settlement Agreement, available at the settlement website. If you do not exclude yourself, you may object to the Settlement by **Month XX, 2022**.

**The Final Fairness Hearing.** The Court has scheduled a hearing in this case (*Beyer, et al. v. Flagstar Bancorp, Inc., et al*., U.S.D.C. Case No. 5:21-cv-02239) for **Month XX, 2022**, to consider: whether to approve the Settlement, Service Payments, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the hearing, but you are not required to do so.

**More Information.** Complete information about your rights and options, as well as Claim Forms, the Long Form Notice, and Settlement Agreement are available at **www.FlagstarFTADataBreachSettlement.com**, or by calling toll free 1-888-888-8888.