MICHAEL F. RAM (SBN 104805)
MARIE N. APPEL (SBN 187483)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com
mappel@forthepeople.com

*Counsel for Proposed Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE BEYER, CHARLES TYER, CHRISTOPHER HAUSER, AND STEFANIE BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANCORP, INC., ACCELLION, INC., and FLAGSTAR BANK FSB,<br><br>Defendants. | Case No. 5:21-cv-02239-EJD<br><br>**[PROPOSED] ORDER GRANTING CIVIL LOCAL RULE 6-3 ADMINISTRATIVE MOTION TO CHANGE TIME REGARDING MOTION TO INTERVENE AND TO SEVER AND TRANSFER CLAIMS AND IN OPPOSITION TO PRELIMINARY APPROVAL OF SETTLEMENT**<br>*AS MODIFIED*<br><br>CTROOM:   4, 5th Floor<br>JUDGE:       Hon. Edward J. Davila |

1  Proposed Intervenors Philip Angus, Mark Wiedder, Tania Garcia, Edward Burdick, Ray
2  Harter, Danielle Meis, Jonathan Kelley, Ryan Martin, Arthur Dore, Ann Kelly, Keith Kelly,
3  Andrew Hawkins, Amber Chavez, and Doreen Endress ("Intervenors") have moved for an order
4  shortening the briefing and hearing schedule on their Motion to Intervene and to Sever and
5  Transfer Claims and in Opposition to Preliminary Approval of Settlement ("Motion to Intervene"),
6  which is currently noticed for hearing on April 8, 2022 at 9:00 a.m., or, in the alternative, for an
7  order continuing the hearing on the Motion for Preliminary Approval of Class Action Settlement
8  to on or after April 15, 2021 at 9:00 a.m., so that it can be heard after the Motion to Intervene.

9  Upon good cause shown, IT IS HEREBY ORDERED that Intervenors' Civil Local Rule
10  6-3 Administrative Motion to Change Time Regarding Motion to Intervene and in Opposition to
11  Preliminary Approval of Class Action Settlement is GRANTED.

12  Intervenors filed their moving papers on December 23, 2021.
13  [Any opposition to the motion to intervene shall be filed on or before January ~~12~~ 18, 2022.
14  ~~The hearing on the Motion to Intervene shall be advanced to January 13, 2022 at 9:00~~
15  ~~a.m.~~  Any reply is due January 25, 2022.
16  ~~OR~~  The motion to intervene is rescheduled for Thursday, April 14, 2022 at 9:00 a.m.
17  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is continued to
18  ~~April 15~~ May 19, 2022 at 9:00 a.m.~~]~~

19  DATED: January 4, 2022                    _____
20                                             THE HONORABLE EDWARD J. DAVILA
                                               UNITED STATES DISTRICT COURT JUDGE