UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Accellion, Inc. Data Breach Litigation. | Case No. 5:21-CV-01155 EJD<br><br>**CLERK'S NOTICE RE ORDER CONSOLIDATING CASES** |

PLEASE TAKE NOTICE that on March 14 , 2022, the Court issued the attached Order consolidating the below-referenced matters into the above-referenced case.

• *Zebelman v. Accellion, Inc*., No. 5:21-cv-01203-EJD;

• *Rodriguez v. Accellion, Inc*., No. 5:21-cv-01272-EJD;

• *Stobbe v. Accellion, Inc*., No 5:21-cv-01353-EJD;

• *Price v. Accellion, Inc*., No. 3:21-01430-EJD;

• *Bolton v. Accellion, Inc*., No. 5:21-cv-01645-EJD;

• *Whittaker v. Accellion, Inc*., No. 5:21-cv-01708-EJD;

• *Beyer v. Flagstar Bank and Accellion, Inc.*, No. 5:21-cv-02239-EJD;

• *Sharp v. Accellion, Inc*., No. 5:21-cv-02525-EJD;

• *Pollard v. Accellion, Inc. and Flagstar Bank*, No. 5:21-cv-02572-EJD;

• *Doe v. Health Net of California, Inc., Health Net LLC and Accellion, Inc*., No. 5:21-cv-02975;

• Harbour v. California Health & Wellness Plan, et. al., No. 5:21-cv-03322-EJD;

• *Vunisa v. Health Net LLC, et. al.*, No. 5:21-cv-03425-EJD; and

• Desjardins v. Accellion, Inc., No. 5:21-cv-04743-EJD

Pursuant to the attached Order, the listed related matters' docket numbers have been terminated, and any pending schedules, deadlines and hearings have been vacated. Every filing

hereinafter filed regarding the Related Cases listed above shall hereafter bear the following caption: "In re Accellion, Inc. Data Breach Litigation, Case No. 21-cv-01155-EJD."

Dated: March 23, 2022

Mark B. Busby
Clerk, United States District Court

By: *CRobinson*

Chere Robinson
Deputy Clerk to the Honorable Edward J. Davila
(408) 535-5356